**Opinion filed December 7, 2017**



### In The

# 𝔈𝔩𝔢𝔳𝔢𝔫𝔱𝔥 ℭ𝔬𝔲𝔯𝔱 𝔬𝔣 𝔄𝔭𝔭𝔢𝔞𝔩𝔰

_____

## No. 11-17-00184-CV

_____

## RUSSEL HUFFMAN, Appellant

## V.

## JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, Appellee

**On Appeal from the County Court at Law
Erath County, Texas
Trial Court Cause No. CV08489**

### M E M O R A N D U M   O P I N I O N

The parties have filed in this court a joint motion to dismiss this appeal. In the motion, the parties state that they have reached a settlement of the matters presented in this appeal. The parties request that we dismiss this appeal with prejudice and tax costs against the party incurring them. *See* TEX. R. APP. P. 42.1.

The motion is granted, and the appeal is dismissed.


December 7, 2017                                                                       PER CURIAM

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.